

U.S. Department of Justice

United States Attorney
Eastern District of New York

SPN:JMH
F. #2016R00415

271 Cadman Plaza East
Brooklyn, New York 11201

April 20, 2016

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Nazer Al Shekh Mosa
     Criminal Docket No. 16-117 (NGG)

Dear Judge Garaufis:

  Since the status conference held March 24, 2016, the defense has provided documentation indicating that the defendant's given legal name is Mohammed Hasan Haidar. The government has reviewed the documentation, which appears to be authentic. The government therefore moves to amend the caption to read: <u>United States v. Mohammed Hasan Haidar, also known as "Nazer Al Shekh Mosa"</u>. The defense joins in this request.

         Respectfully submitted,

         ROBERT L. CAPERS
         United States Attorney

     By: /s/ J. Matthew Haggans
        Samuel P. Nitze
        J. Matthew Haggans
        Assistant U.S. Attorneys
        (718) 254-6465 / 6127

cc: Clerk of Court (NGG) (By ECF)
   Nancy Lee Ennis, Esq. (By ECF)
   Peter E. Quijano, Esq. (By Email)
   Anna N. Sideris, Esq. (By Email)