***QUIJANO & ENNIS, P.C.***
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690
peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

December 15, 2016

**BY *ECF***
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re*:  United States v. Mohammed Hassan Haidar, 16 Cr. 117 (NGG)**

Dear Judge Garaufis:

  I am the attorney for the defendant Mohammed Hassan Haidar in the above-referenced matter, having been appointed by your Honor on May 10, 2016, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A ("CJA"). On October 13, 2016, after Mr. Haidar had pled guilty to Conspiracy to Sell Counterfeit Currency in violation of 18 U.S.C. §§ 371, 470, your Honor sentenced Mr. Haidar to, *inter alia*, "Time Served." The purpose of this letter is to respectfully request that the Court SO ORDER Counsel's appointment as CJA counsel ***nunc pro tunc*** to December 18, 2015.

  Mr. Haidar was presented before the Honorable Robert A. Levy, United States Magistrate Judge, on December 18, 2015.  On that date, I represented Mr. Haidar, however, at my request I asked that the Court appoint my law partner Nancy Lee Ennis, who was the designated Duty Day Attorney.  Because Ms. Ennis was ill, I acted in her stead on December 18, 2015; and after Mr. Haidar's presentment, I continued to act as his attorney up to his sentencing.  On May 15, 2015, your Honor appointed me as CJA Counsel of record, after explaining the history and circumstances of the representation of Mr. Haidar, and advising the Court that Ms. Ennis would not file any voucher in this matter.  I neglected, however, to request that the Court make the appointment *nunc pro tunc* to the date

Honorable Nicholas G. Garaufis, U.S.D.J.
December 15, 2016

of Mr. Haidar's presentment December 18, 2015. Counsel has learned that his appointment must be ***nunc pro tunc*** to **December 18, 2015**, in order for Counsel to be able to bill for work performed prior to May 15, 2016 using the eVoucher system.

      Accordingly, it is respectfully requested that Court SO ORDER that Peter Enrique Quijano's appointment, pursuant to the provisions of the Criminal Justice Act, as counsel for Mohammad Hassan Haidar, in <u>United States v. Mohammed Hassan Haidar</u>, 16 Cr. 117 (NGG) be ***nunc pro tunc* to December 18, 2015.**

      Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

      Respectfully submitted,

*Peter E. Quijano*

Peter Enrique Quijano